**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**THOMAS HOOGHE**                                                                             **PLAINTIFF**

**vs.**                                            **CIVIL ACTION NO.: 2:12cv109-MPM-SAA**

**WILLIAM RASCO, et al.**                                                       **DEFENDANTS**

**JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated August 29, 2012, the Court finds that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore, **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated August 29, 2012, is hereby **APPROVED AND ADOPTED** as the opinion of the Court.

2. That the defendant, Sergeant Washington, is **DISMISSED** from this cause.

3. That the plaintiff's claims against the remaining defendants will **PROCEED**.

**THIS** the 3rd day of October, 2012.

                                                   /s/ Michael P. Mills
                                                   **CHIEF JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI**